

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE COUNTY COURT AT LAW NO. 5 OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 9th day of March, 2018, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| CHANELLE DEROUEN, Appellant | On Appeal from the County Court at Law No. 5, Dallas County, Texas |
| No. 05-18-00137-CV    V. | Trial Court Cause No. CC-18-00055-E. Opinion delivered by Chief Justice Wright, |
| WILFORD ASHMORE, Appellee | Justices Evans and Brown participating. |

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 21st day of May, 2018.


_____
LISA MATZ, Clerk